[No. 8046]

FRANK E. KENDRICK, COUNTY TREASURER, v. TWIN LAKES RESERVOIR COMPANY.

*Error to Lake District Court.*—Hon. JAMES OWEN, Judge.

Mr. JOSEPH W. CLARKE, for plaintiff in error.

Mr. W. L. HARTMAN, Mr. C. A. BALLREICH and Mr. CHAS. W. O'DONNELL, for defendant in error.

Mr. JUSTICE GARRIGUES delivered the opinion of the court:

This case presents the identical question decided in No. 8045, entitled *Frank E. Kendrick, as County Treasurer of Lake County v. The Twin Lakes Reservoir Company.* For the reasons stated in that opinion, the judgment of the lower court is affirmed.

*Affirmed.*

Decision *en banc.*

Mr. JUSTICE WHITE not participating.